**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| LUTHER WASHINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | 11 C 1396 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Joan Humphrey Lefkow |
| SUPT. JANICE, *et al.* | ) | |
| | ) | Magistrate Judge Gilbert |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Luther Washington
#2008-0091352
Cook County Jail
P.O. Box 089002
Chicago, IL 60608

YOU ARE HEREBY NOTIFIED that on July 12, 2011 at 9:00 a.m. or as soon as counsel may be heard, the undersigned will appear before the Honorable Judge Gilbert, in the room usually occupied by him in room 2136 of the Dirksen Building, 219 South Dearborn Street Chicago, Illinois, and then and there present the attached Defendants' Renewed Motion to Depose Incarcerated Person.

ANITA ALVAREZ
STATE'S ATTORNEY OF COOK COUNTY

/s/ Anthony E. Zecchin
Anthony E. Zecchin
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602

**PROOF OF SERVICE**

I, Anthony E. Zecchin, Assistant State's Attorney, hereby certify that I mailed a copy of the above notice, together with the document referenced therein, to the Plaintiff listed above, on June 22, 2011, at or before 5:00 p.m. with proper postage prepaid.

/s/ Anthony E. Zecchin
Anthony E. Zecchin